

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Gregory Schibi,            * From the 350th District Court
                                     of Taylor County,
                                     Trial Court No. 10841-D.

Vs. No. 11-19-00325-CR             * October 28, 2021

The State of Texas,                * Opinion by Bailey, C.J.
                                     (Panel consists of: Bailey, C.J.,
                                     Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.